**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | No. C04-03404 JW |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE AND REFERRING CASE TO MAGISTRATE JUDGE** |
| v. | |
| CAN TRAN, | |
| Defendant(s). | |

The parties filed a joint case management conference statement on June 3, 2005. Based upon the parties' express consent to proceed before a magistrate judge, the Court vacates the Case Management Conference scheduled for June 20, 2005 and refers this matter to Magistrate Judge Richard Seeborg for all further proceedings pursuant to 28 U.S.C. § 636(c) and Rule 73, Fed.R.Civ.P. Plaintiff's request to appear telephonically at the June 20, 2005 case management conference is denied as moot.

Dated: June 14, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**
Alan J. Kessel Akessel@buchalter.com
Keli Nicole Osaki Kosaki@buchalter.com
Sandeep J. Shah sshah@buchalter.com
Shawn Robert Parr parrst@ix.netcom.com
Suzanne M. Burke sburke@buchalter.com

**Dated: June 14, 2005**                                         **Richard W. Wieking, Clerk**

                                                          **By: /jwchambers/**
                                                               **Ronald L. Davis**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California