***E-FILED***
**June 30, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIRECTV, INC.,

Plaintiff,

v.

CAN TRAN,

Defendant.

_______________________________________/

No. C 04-03404 RS

**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 31, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 7, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: June 30, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Sandeep J. Shah, Esq.
Email: sshah@buchalter.com

**Counsel for Defendant(s)**

Shawn R. Parr, Esq.
Email: parrst@is.netcom.com

Dated: June 30, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California