| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| | Keli N. Osaki (Cal. Bar No.: 179920) |
| 2 | Sandeep J. Shah (Cal. Bar No.: 210449) |
| | **BUCHALTER, NEMER, FIELDS & YOUNGER** |
| 3 | A Professional Corporation |
| | 18400 Von Karman Avenue, Suite 800     *E-FILED 7/14/04* |
| 4 | Irvine, California 92612-0514 |
| | Telephone: (949) 760-1121 |
| 5 | Facsimile: (949) 720-0182 |
| | E-mail: sshah@buchalter.com |
| 6 | |
| | Attorneys for Plaintiff DIRECTV, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., a California corporation, | | Case No. CV-04-3404 RS |
| | Plaintiff, | Hon. Richard Seeborg |
| | vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT CAN TRAN** AND ORDER THEREON |
| CAN TRAN, | | |
| | Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant CAN TRAN ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about May 4, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

/ / /

/ / /

Defendant CAN TRAN is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: July 13, 2005                      Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:       /s/ Sandeep J. Shah
            Sandeep J. Shah
      Attorneys for Plaintiff DIRECTV, Inc.

## **ORDER**

Having read the foregoing Request for Voluntary Dismissal of Defendant CAN TRAN filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant CAN TRAN;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant CAN TRAN is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.


Dated: 7/14/05
       _____

                                          /s/ Richard Seeborg
                                          _____
                                          Honorable Richard Seeborg
                                          United States District Court
                                          Northern District of California